No. 64378.—S. A. Le Art Co., Inc. *v.* United States, protest 59/27486 (New York).

Opinion by LAWRENCE, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.